

# NUMBER 13-20-00005-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JENNIFER GAYLE JANVIER

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

Relator Jennifer Gayle Janvier filed a petition for writ of mandamus in the above cause on January 3, 2020. Through this original proceeding, relator seeks to compel the trial court to transfer the underlying case to Victoria County, Texas based on mandatory venue provisions found in the Texas Family Code. *See* TEX. FAM. CODE ANN. § 155.201. The Court requests that the real party in interest, Justin Lee Todd, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of January, 2020.